**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DE LOY CHRISTOPHER RAY HAMMETT, and WENDY KAY DUPLER dba TAHOE UNDERGROUND,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COLUMBIA SUSSEX, a KENTUCKY CORPORATION, and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | 3:07-cv-00027-HDM-VPC<br><br>ORDER |

　　　Before the court is the parties' stipulation to dismiss (#21). The stipulation is hereby granted. This action is dismissed with prejudice, and each party shall bear its own attorney's fees and costs incurred.

　　　DATED: This 5th day of March, 2008.

_____
　　　UNITED STATES DISTRICT JUDGE